UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| LUIS REYES #561290 | CIVIL ACTION NO. 17-1094-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| JERRY GOODWIN, ET AL. | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's Motion for Summary Judgment (Record Document 35) is **DENIED** and that Defendants' Motion for Summary Judgment (Record Document 34) is **GRANTED** and all claims are **DISMISSED** against Jerry Goodwin, Angie Huff, and Paula Millwee.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 24th day of July, 2019.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT